IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| ST. MARY'S BANK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 10-303 |
| | ) | |
| VISIBLE CHANGES, LLC, *et. al.*, | ) | (Formerly Case No.10-E00161 |
| | ) | *Northern Dist. Of Hillsborough* |
| | ) | *County Superior Court*) |
| Defendants | ) | |
| | ) | |

**PROPOSED ORDER ON ASSENTED T0 MOTION FOR RELEASE OF PLAINTIFF, ST. MARY'S BANK, FROM CASE**

The Court, having reviewed the Assented to Motion for Release of Plaintiff, St. Mary's Bank, and for good cause shown, hereby Orders the release of Plaintiff from the Interpleader Action, Civil Case No. 10-303, and retains possession, pending distribution, of the excess proceeds from the foreclosure of the property located at 700 Mast Road, Goffstown, Hillsborough County, New Hampshire:

**GRANTED**

Done and ordered on this 5th day of Aug. 2010 at Concord, New Hampshire.

```
                              Daniel J. Lynch
                              United States Magistrate Judge
```