UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

St. Mary's Bank

   v.                                   Civil No. 10-cv-303-LM

Daniel Lombardo, et al.

O R D E R

The Court, having reviewed the Assented to Motion to Disburse Funds and for good cause shown, hereby Orders the funds held by the Court to be disbursed as follows:

      a. RBS Citizens, N.A.      $20,548.89

      b. IRS                       $51,646.62

      c. IRS                       $21,891.49

      d. State of New Hampshire   $ 1,400.00

      e. East Side Realty Trust    $26,547.30

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: August 20, 2010
cc: Julie C. Avetta, Esq.
    Lynmarie C. Cusack, Esq.
    Mark D. Kanakis, Esq.
    Kathleen C. Marquis, Esq.
    J. Daniel Marr, Esq.
    Gregory T. Uliasz, Esq.
    John F. Hayes, Esq.