UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

St. Mary's Bank

    v.                                    Civil No. 10-cv-303-LM

Daniel Lombardo, et al.

O R D E R

The United States has filed an Assented-to Motion to Transfer Funds held by the Clerk of the Hillsborough County Superior Court, Northern District, in case no. 10-E-0161. The Assented-to Motion to Transfer Funds (document no. 22) is granted.

Pursuant to Local Rule 67.2(b)(1)(a), funds held by the Clerk of the Hillsborough County, Northern District, Superior Court in Case No. 10-E-0161 shall be deposited with the Clerk of the United States District Court for the District of New Hampshire and placed in the Court Registry Investment System unless the parties indicate otherwise by September 7, 2010.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

August 30, 2010

cc: Julie C. Avetta, Esq.
    Lynmarie C. Cusack, Esq.
    Mark D. Kanakis, Esq.
    Kathleen C. Marquis, Esq.
    J. Daniel Marr, Esq.
    Gregory T. Uliasz, Esq.
    John F. Hayes