```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

<u>St. Mary's Bank</u>

    v.                                    Civil No. 10-cv-303-LM

<u>Citizens Bank New Hampshire, et al.</u>

<u>PROCEDURAL ORDER</u>

Before the court is RBS Citizens, N.A.'s, Second Assented to Motion to Disburse Funds (doc. no. 24). Defendants are hereby ordered to show cause why this court should not dismiss defendants Five Point Capital, Inc., and Marlin Leasing for lack of proper service of process. Written submissions to this court shall be filed no later than December 6, 2010, and shall address the effect, if any, that dismissal would have on approval of the final distribution proposal in Doc. No. 24. After the question of default is resolved, the court will rule on Doc. No. 24.

    SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States Magistrate Judge

Dated: November 22, 2010

cc:  Julie C. Avetta, Esq.
     Lynmarie C. Cusack, Esq.
     Mark D. Kanakis, Esq.
     Kathleen C. Marquis, Esq.
     J. Daniel Marr, Esq.
     RBS Citizens, N.A.
     Gregory U. Uliasz, Esq.
     John F. Hayes