UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>St. Mary's Bank</u>

    v.                              Civil No. 10-cv-303-LM

<u>Citizens Bank New Hampshire, et al.</u>

**O R D E R**

The Clerk having entered default under Fed. R. Civ. P. 55 (a) against Daniel Lombardo and Visible Changes Limited Liability Company (doc. no. 25) for failure to appear, default judgment is hereby entered against those defendants.

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

December 15, 2010

cc:  Lynmarie C. Cusack, Esq.
     Mark D. Kanakis, Esq.
     Kathleen C. Marquis, Esq.
     J. Daniel Marr, Esq.
     Edward J. Murphy, Esq.
     RBS Citizens, NA
     Gregory T. Uliasz, Esq.
     John F. Hayes