UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

St. Mary's Bank

    v.                             Civil No. 10-cv-303-LM

Citizens Bank New Hampshire, et al.

### **O R D E R**

Having reviewed the Second Assented to Motion for Release of Funds (doc. no. 24) and for good cause shown, the court hereby orders the funds held by the court to be disbursed as follows:

    a. RBS Citizens, N.A. $20,548.89

    b. IRS $51,646.62

    c. IRS $21,891.49

    d. State of New Hampshire $ 1,400.00

    e. East Side Realty Trust $24,398.02 (or all remaining proceeds, including any additional accrued interest earned on the deposited funds).

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

December 15, 2010

cc:  Lynmarie C. Cusack, Esq.
     Mark D. Kanakis, Esq.
     Kathleen C. Marquis, Esq.
     J. Daniel Marr, Esq.
     Edward J. Murphy, Esq.
     RBS Citizens, NA
     Gregory T. Uliasz, Esq.
     John F. Hayes